# EXHIBIT B

```
Type of Work:       Text

Registration Number / Date:
                    TXu001588137 / 2008-09-19

Application Title: Cricut Design Studio September 2008.

Title:              Cricut Design Studio September 2008.

Description:        Print material.

Copyright Claimant:
                    Provo Craft and Novelty, Inc., Transfer: Written agreement.

Date of Creation:   2008

Authorship on Application:
                    Cognitive Devices, Inc., employer for hire; Domicile:
                       United States. Authorship: computer program.
                    Dan Benjamin Lyke, 1968-  ; Citizenship: United States.
                       Authorship: Software code consisting of updates,
                       revisions and bug fixes.

Alternative Title on Application:
                    Cricut Design Studio

Pre-existing Material:
                    Software code expressing a soft shadow behind the Cricut
                       Design Studio splash screen during loading.

Basis of Claim:     Revisions and additions throughout.

Rights and Permissions:
                    General Counsel, Provo Craft and Novelty, Inc., 151 E. 3450
                       North, Spanish Fork, UT, 84660, United States,
                       generalcounsel@provocraft.com

Copyright Note:     C.O. correspondence.
                    Regarding deposit: Special Relief granted under 202.20(d)
                       of C.O. regulations.

Names:              Lyke, Dan Benjamin
                    Cognitive Devices, Inc.
                    Provo Craft and Novelty, Inc.
==============================================================================
```