# EXHIBIT C

```
Type of Work:        Computer File

Registration Number / Date:
                     TXu001586115 / 2008-09-23

Application Title: Cricut Design Studio USB application September 2008.

Title:               Cricut Design Studio USB application September 2008.

Description:         Print material.

Copyright Claimant:
                     Provo Craft and Novelty, Inc., Transfer: Written agreement.

Date of Creation:    2008

Authorship on Application:
                     Cognitive Devices, Inc., employer for hire; Domicile:
                        United States. Authorship: computer program.
                     Dan Benjamin Lyke, 1968-  ; Citizenship: United States.
                        Authorship: Software code consisting of updates,
                        revisions and bug fixes.

Rights and Permissions:
                     General Counsel, Provo Craft and Novelty, Inc., 151 E. 3450
                        North, Spanish Fork, UT, 84660, United States,
                        generalcounsel@provocraft.com

Copyright Note:      C.O. correspondence.
                     Regarding deposit: Special Relief granted under 202.20(d)
                        of C.O. regulations.

Names:               Lyke, Dan Benjamin
                     Cognitive Devices, Inc.
                     Provo Craft and Novelty, Inc.
```
===========================================================================