EXHIBIT D

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

**United States Patent and Trademark Office**

Reg. No. 3,406,679
Registered Apr. 1, 2008

## TRADEMARK
## PRINCIPAL REGISTER



PROVO CRAFT AND NOVELTY, INC. (UTAH CORPORATION)
151 EAST 3450 NORTH
SPANISH FORK, UT 84660

FOR: PAPER CUTTING MACHINE FOR CUTTING PAPER, CARDSTOCK AND OTHER PAPER MATERIALS IN SHEET FORM, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10-0-2005; IN COMMERCE 4-11-2006.

SN 78-618,223, FILED 4-27-2005.

BONNIE LUKEN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,372,457
Registered Jan. 22, 2008

## TRADEMARK
## PRINCIPAL REGISTER



PROVO CRAFT AND NOVELTY, INC. (UTAH CORPORATION)
151 EAST 3450 NORTH
SPANISH FORK, UT 84660

FOR: COMPUTER SOFTWARE RECORDED ON CARTRIDGES CONTAINING FONTS, IMAGES OR DESIGNS FOR USE IN OPERATING ELECTRONIC CUTTING MACHINES FOR CUTTING PAPER AND OTHER MATERIALS IN SHEET FORM, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2005; IN COMMERCE 12-1-2005.

THE MARK CONSISTS OF CRICUT AND DESIGN.

SER. NO. 77-185,997, FILED 5-21-2007.

JASON TURNER, EXAMINING ATTORNEY

Int. Cls.: 7 and 9

Prior U.S. Cls.: 13, 19, 21, 23, 26, 31, 34, 35, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,326,119
Registered Oct. 30, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# CRICUT

PROVO CRAFT AND NOVELTY, INC. (UTAH CORPORATION)
151 EAST 3450 NORTH
SPANISH FORK, UT 84660

FOR: PAPER CUTTING MACHINE FOR CUTTING PAPER, CARDSTOCK AND OTHER MATERIALS IN SHEET FORM, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 4-11-2006; IN COMMERCE 4-17-2006.

FOR: ELECTRONIC MEMORIES CONTAINED IN A CARTRIDGE TO BE INSERTED IN AN ELECTRONIC PAPER CUTTING MACHINE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2005; IN COMMERCE 12-1-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-618,210, FILED 4-27-2005.

DAWN HAN, EXAMINING ATTORNEY

Int. Cl.: **7**

Prior U.S. Cls.: **13, 19, 21, 23, 31, 34, and 35**

**United States Patent and Trademark Office**

Reg. No. 3,541,570
Registered Dec. 2, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# CRICUT CREATE

PROVO CRAFT AND NOVELTY, INC. (UTAH CORPORATION)
151 EAST 3450 NORTH
SPANISH FORK, UT 84660

FOR: PAPER CUTTING MACHINE FOR CUTTING PAPER, CARDSTOCK AND OTHER MATERIALS IN SHEET FORM, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 2-22-2008; IN COMMERCE 6-24-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,326,119 AND 3,326,120.

SN 77-377,629, FILED 1-22-2008.

KIMBERLY PERRY, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 3,572,075
Registered Feb. 10, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# CRICUT EXPRESSION

PROVO CRAFT AND NOVELTY, INC. (UTAH CORPORATION)
151 E. 3450 NORTH
SPANISH FORK, UT 84660

FOR: CUTTING MACHINE FOR CUTTING PAPER, CARDSTOCK AND OTHER PAPER OR PLASTIC MATERIALS IN SHEET FORM, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 1-4-2007; IN COMMERCE 5-10-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,326,119, 3,406,679, AND 3,432,262.

SER. NO. 77-506,667, FILED 6-24-2008.

ELLEN PERKINS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,579,471
Registered Feb. 24, 2009

## TRADEMARK
### PRINCIPAL REGISTER

## CRICUT DESIGNSTUDIO

PROVO CRAFT AND NOVELTY, INC. (UTAH CORPORATION)
151 E. 3450 NORTH
SPANISH FORK, UT 84660

FOR: COMPUTER SOFTWARE RECORDED ON CD ROM AND IN DOWNLOADABLE FORMAT FOR USE IN OPERATING ELECTRONIC CUTTING MACHINES FOR CUTTING PAPER AND OTHER MATERIALS IN SHEET FORM , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-28-2007; IN COMMERCE 11-29-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,326,119, 3,406,679, AND 3,432,262.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DESIGN STUDIO", APART FROM THE MARK AS SHOWN.

SER. NO. 77-506,658, FILED 6-24-2008.

ELLEN PERKINS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# CRICUT CAKE

**Reg. No. 3,881,505**
**Registered Nov. 23, 2010**
**Int. Cls.: 7, 9, 21, and 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

PROVO CRAFT AND NOVELTY, INC. (UTAH CORPORATION)
10876 SOUTH RIVER FRONT PARKWAY
SUITE 600
SOUTH JORDAN, UT 84095

FOR: ELECTRONIC CUTTING MACHINES FOR CUTTING GUM PASTE, FONDANT AND OTHER CONFECTIONERY OR PASTRY MATERIALS IN FLAT FORM; BLADES FOR ELECTRONIC CUTTING MACHINES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 1-22-2010; IN COMMERCE 2-1-2010.

FOR: COMPUTER SOFTWARE RECORDED ON CARTRIDGES CONTAINING FONTS AND GRAPHICS FOR USE IN OPERATING ELECTRONIC CUTTING MACHINES FOR CUTTING GUM PASTE, FONDANT AND OTHER CONFECTIONERY OR PASTRY MATERIALS IN FLAT FORM, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-22-2010; IN COMMERCE 2-1-2010.

FOR: PLASTIC MATS FOR CUTTING FOOD; UTENSILS FOR WORKING WITH CONFECTIONERY OR PASTRY MATERIALS, NAMELY, SPATULAS, ROLLERS, PASTRY CUTTERS, PASTRY BRUSHES, PASTRY SMOOTHERS, PICKS FOR REMOVING CUT CONFECTIONERY OR PASTRY PIECES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-22-2010; IN COMMERCE 2-1-2010.

FOR: CONFECTIONERY, NAMELY, GUM PASTES, FONDANTS AND FROSTINGS, AND MIXES THEREFOR, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1-22-2010; IN COMMERCE 2-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,326,119, 3,406,679, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAKE", APART FROM THE MARK AS SHOWN.

SN 77-915,458, FILED 1-20-2010.

KATHLEEN LORENZO, EXAMINING ATTORNEY

*David J. Kappos*
Director of the United States Patent and Trademark Office