# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TXu 1-713-342**

**Effective date of registration:**

February 24, 2011

---

## Title
- **Title of Work:** Cricut Design Studio USB Application (May 2010)
- **Previous or Alternative Title:** CDS USB App Version #1.0.40422.0

## Completion/Publication
- **Year of Completion:** 2010

## Author
- ■ **Author:** Cognitive Devices, Inc.
  - **Author Created:** computer program
  - **Work made for hire:** Yes
  - **Citizen of:** United States     **Domiciled in:** United States
- ■ **Author:** Dan Benjamin Lyke
  - **Author Created:** Software code consisting of updates, revisions and bug fixes
  - **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Provo Craft & Novelty, Inc.
  10876 S River Front Pkwy, Suite 600, South Jordan, UT, 84095, United States
- **Transfer Statement:** By written agreement

## Limitation of copyright claim
- **Material excluded from this claim:** Pre-existing software code
- **New material included in claim:** New software code and revisions and additions throughout

## Rights and Permissions
- **Organization Name:** Provo Craft & Novelty, Inc.
- **Email:** copyright@provocraft.com

## Certification

**Name:** Sara Hendricks

**Date:** February 24, 2011

Case 4:11-cv-00297-CW Document 14-5 Filed 04/04/11 Page 4 of 4

**Registration #:** TXU001713342
**Service Request #:** 1-573041751

Provo Craft & Novelty, Inc.
Sara Hendricks
10876 S River Front Pkwy
Suite 600
South Jordan`, UT 84095 United States