# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TXu 1-713-343**

**Effective date of registration:**

February 24, 2011

## Title
- **Title of Work:** "Cricut Design Studio" Software Code (May 2010)
- **Previous or Alternative Title:** CDS Code Version 1.0.40422.0

## Completion/Publication
- **Year of Completion:** 2010

## Author
- **Author:** Cognitive Devices, Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States      **Domiciled in:** United States

- **Author:** Dan Benjamin Lyke
- **Author Created:** Software code consisting of updates, revisions and bug fixes
- **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Provo Craft & Novelty, Inc.
  10876 S River Front Pkwy, Ste 600, South Jordan, UT, 84095, United States
- **Transfer Statement:** By written agreement

## Limitation of copyright claim
- **Material excluded from this claim:** Pre-existing software code
- **New material included in claim:** new software code and revisions and additions throughout

## Rights and Permissions
- **Organization Name:** Provo Craft & Novelty, Inc.
- **Email:** copyright@provocraft.com

## Certification

**Name:**   Sara Hendricks

**Date:**   February 24, 2011

---

**Registration #:** TXU001713343
**Service Request #:** 1-567711781

Provo Craft & Novelty, Inc.
Sara Hendricks
10876 S River Front Pkwy
Ste 600
South Jordan, UT 84095 United States