# EXHIBIT G

View Cart

Home | Products | Downloads | Store | Activation | Support | Contact Us

## End User Licensing Agreement

Please read this License Agreement carefully before proceeding. This Agreement licenses Software to you [either an individual or single entity] from Craft Edge and contains warrant and liability disclaimers. By installing, copying or otherwise using this Software, you are confirming that you have read and understand this Agreement and agree to be bound by the terms of this Agreement. If you do not agree with the terms of this Agreement, you should not install or use this Software.

1. Definitions
"Software" means all of the contents of the files, disk(s), CD-ROM(s) or other media with which this Agreement is provided. "Use", "Used" or "Using" means to access, install, download, copy or otherwise benefit from using the functionality of the Software in accordance with the Documentation. "Computer" means one central processing unit (CPU) that accepts information in digital or similar form and manipulates it for a specific result based on a sequence of instructions. "Permitted Number" means one (1) unless otherwise indicated under a valid license granted by Craft Edge.

2. Software License
2.1 The Software is licensed, not sold. Subject to the terms of this End User License Agreement, Craft Edge grants to you a non-exclusive, non-transferable license, without rights to sublicense, to Use the Software for the purposes described in the Documentation, as further set forth below.
2.2 You may install and Use a copy of the Software on your compatible Computer, up to the Permitted Number of Computers
2.3 Backup Copy. You may make one backup copy of the Software, provided your backup copy is not installed or Used on any Computer. The backup copy must included all copyright information contained on the original. You may not transfer the rights to a backup copy.
2.4 Portable Computer Use. The primary user of the Computer on which the Software is installed may also make a second copy for his or her exclusive use on a portable Computer.
2.5 Except as permitted by applicable law and this License, you may not modify, reverse engineer, disassemble, decompile the Software.

3. Transfer
You may not rent, lease, sell, sublicense, un-bundle and/or repackage for distribution or resale, or authorize all or any portion of the Software to be copied onto another users Computer.

4. Termination
Without prejudice to any other rights, Craft Edge may terminate this Agreement if you fail to comply with the terms and conditions of this Agreement. In such an event, you must destroy all copies of the Software.

5. Disclaimer of Warranty
THE SOFTWARE IS PROVIDED "AS IS," WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES THAT THE SOFTWARE IS (A) FREE OF DEFECTS OR ERRORS, (B) VIRUS FREE, (C) ABLE TO MEET ANY REQUIREMENTS OF YOU OR ANYONE ELSE, (D) ABLE TO OPERATE ON AN UNINTERRUPTED BASIS, (E) MERCHANTABLE, (F) FIT FOR A PARTICULAR PURPOSE OR (G) NON-INFRINGING UNLESS SUCH WARRANTIES ARE LEGALLY INCAPABLE OF EXCLUSION. CRAFT EDGE SHALL HAVE NO LIABILITY WITH RESPECT TO USE OF THE SOFTWARE.

6. Limitation of Liability
IN NO EVENT WILL CRAFT EDGE, ITS EMPLOYEES, DISTRIBUTORS, SUPPLIERS, DIRECTORS, NOR AGENTS SHALL BE LIABLE FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES IN CONNECTION WITH THE SOFTWARE OR THIS AGREEMENT, EVEN IF CRAFT EDGE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. In no event shall Craft Edge's liability in connection with the Software, regardless of the form of action, exceed the amount paid for this License to the Software. Some jurisdictions do not allow the foregoing limitations of liability, so the foregoing limitations may not apply to you.

7. Export
You may not download or otherwise export or re-export the Software except in full compliance with all applicable laws and regulations. By accepting this agreement you represent and warrant that you: (a) understand that the Software is subject to export controls under the EAR, (b) are not located in a prohibited destination country under the EAR or U.S. sanctions regulations (currently Cuba, Iran, Iraq, Libya, North Korea, Sudan, Syria, the Federal Republic of Yugoslavia (including Serbia but not Kosovo or Montenegro), and Taliban controlled areas of Afghanistan), (c) are not a Denied Party, Specially Designated National, or other person or entity prohibited from receiving exports / re-exports by U.S. law; and (d) will not export, re-export, or transfer the Software to any prohibited destination entity or individual without the necessary export license(s) or authorization(s) from the U.S. Government.

8. Governing Law
This Agreement will be governed by and construed in accordance with the laws of the State of California without regard to conflicts of law provisions. Any claim arising out of or related to this Agreement must be brought exclusively in a federal or state court located in Orange County, California and you consent to the jurisdiction of such courts. If any provision of this Agreement shall be invalid, the validity of the remaining provisions of this Agreement shall not be affected.

Copyright © 2008, Craft Edge, Inc.
All Rights Reserved

License Agreement | Terms of Use | Privacy Policy | Site Map

 **View Cart**

Home | Products | Downloads | Store | Activation | Tutorials | Support | Forums

## Terms of Use

**Acceptance of Terms**
Craft Edge makes available for use this Web site and the information posted including software, documentation, and products (collectively, the "Materials") and various services operated ("Services"), subject to the terms and conditions set forth in these Terms of Use. By accessing or using this Site, you are agreeing to the Terms of Use. If any site user breaches any of the Terms of Use their authorization to use this Site automatically terminates and they immediately destroy any Materials downloaded or printed from the Site.

**Copyright**
The materials, content, services and software on this site are the protected copyright material and the intellectual property of Craft Edge, unless otherwise noted. No portion of the information contained on this site may be reproduced without the written consent of the owner- Craft Edge

The Craft Edge and Sure Cuts A Lot names and logos and all related products, service names, design marks and slogans are the trademarks or service marks of Craft Edge Inc. All other marks are the proeprty of their respective companies. No trademark or service mark license is granted in connection with the materials contained on this website. Access to this website does not authorize anyone to use any name, logo or mark in any manner.

**Use of Software and Online Services**
The software and services that are made available on and from this Site are the copyrighted material and work of Craft Edge and/or its suppliers. You will not be able to download or install any software that is accompanied by or includes an end user license agreement unless you agree to the terms of such end user license agreement. If you do not agree to such terms, you will not be able to use the software. View our End User Licensing Agreement.

Unauthorized duplication of software is a Federal crime. The Software & Information Industry Association (SIIA), states "anyone who violates any of the exclusive rights of the copyright owner ... is an infringer of the copyright" (Section 501), and sets forth several penalties for such conduct. Those who purchase a license for a copy of software do not have the right to make additional copies without the permission of the copyright owner, except (i) copy the software onto a single computer and (ii) make "another copy for archival purposes only," which are specifically provided in the Copyright Act (Section 117)

**Privacy**
Craft Edge is committed to protecting the online privacy of our customers. Click here to view our Privacy Policy.

License Agreement | Terms of Use | Privacy Policy | Site Map