1  MITCHELL ZIMMERMAN (CSB NO. 88456)
   mzimmerman@fenwick.com
2  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
3  JUSTIN G. HULSE (CSB NO. 271666)
   jhulse@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, California  94041
6  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200
7
   Attorneys for Defendants
8  CRAFT EDGE INC. and BRANDON KURODA

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13
   PROVO CRAFT AND NOVELTY, INC.,              Case No. 5:11-CV-00297 CW
14 a Utah corporation,
                                               **ORDER CHANGING TIME PENDING**
15              Plaintiff,                     **SETTLEMENT**

16       v.                                    Judge:   The Honorable Claudia Wilken
                                               Trial Date:      Not Assigned
17 CRAFT EDGE INC., a California corporation;  First Amended Complaint Filed: April 4, 2011
   and BRANDON KURODA, an individual,
18                                             [Civil L.R. 6-2]
                Defendants.
19

20
21                                  **ORDER**

22       Having considered the stipulation filed by Plaintiff Provo Craft and Novelty, Inc. and

23 Defendants Craft Edge Inc. and Brandon Kuroda under Civil L.R. 6-2, **IT IS HEREBY**

24 **ORDERED THAT** the following deadlines will be changed as indicated and all other

25 intermediate deadlines changed accordingly:

26 / / /

27 / / /

28 / / /

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Defendants' response to Plaintiff's First Amended Complaint | 5/13/2011 | 6/10/2011 |
| Joint Case Management Statement, Discovery Plan and Initial Disclosures Due | 5/24/2011 | 6/14/2011 |
| Last Day to Arrange for Telephonic Appearance for Case Management Conference | 5/27/2011 | 6/17/2011 |
| Case Management Conference | 5/31/2011 | 6/21/2011 |

**IT IS SO ORDERED**

Dated: __**May 19**__, 2011

_____
The Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER CHANGING TIME PENDING SETTLEMENT     - 2 -     CASE NO. 5:11-CV-00297 CW