1  HONIGMAN MILLER SCHWARTZ AND COHN LLP
A Limited Liability Partnership
2  ANDREW M. GROVE (*pro hac vice*)
EMILY J. ZELENOCK (*pro hac vice*)
3  38500 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304-5048
4  Telephone:      248-566-8300
5  Facsimile:      248-566-8315
Email:          jgrove@honigman.com
6              ezelenock@honigman.com

7

8  SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
9  NATHANIEL BRUNO (Cal. Bar No. 228118)
Four Embarcadero Center, 17th Floor
10  San Francisco, California  94111
Telephone:      415-434-9100
11  Facsimile:      415-434-3947
Email:          nbruno@sheppardmullin.com
12
Attorneys for Plaintiff
13  PROVO CRAFT AND NOVELTY, INC.

14
UNITED STATES DISTRICT COURT
15
NORTHERN DISTRICT OF CALIFORNIA
16
OAKLAND DIVISION
17

18

| | |
|---|---|
| PROVO CRAFT AND NOVELTY, INC., a Utah corporation, | Civil Action No. 4:11-cv-00297-CW |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | [Fed. R. Civ. P. 41(a)(1)(A)(i)] |
| CRAFT EDGE INC., a California corporation; and BRANDON KURODA, an individual, | |
| Defendants. | The Honorable Claudia Wilken United States District Judge |

19
20
21
22
23
24
25
26
27
28

Civil Action No. 4:11-cv-00297-CW          PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
W02-WEST:6NB1\403616954.1

-2-

1

2          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Provo Craft

3   and Novelty, Inc. hereby notifies this Court that it voluntarily dismisses, with prejudice, all claims

4   against Defendants Craft Edge Inc. and Brandon Kuroda, with each party to bear its own costs and

5   fees.

6

7          Respectfully submitted,

8   Dated:  June 6, 2011                                      By: */s/ Nathaniel Bruno*_____

9                                                             Sheppard Mullin Richter & Hampton LLP
10                                                               Nathaniel Bruno (Cal. Bar No. 228118)

11                                                            Honigman Miller Schwartz and Cohn LLP
12                                                               Andrew M. Grove (*pro hac vice*)
                                                                 Emily J. Zelenock (*pro hac vice*)
13
                                                              Attorneys for Plaintiff
14                                                            PROVO CRAFT AND NOVELTY, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Civil Action No. 4:11-cv-00297-CW                    PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
W02-WEST:6NB1\403616954.1