HONIGMAN MILLER SCHWARTZ AND COHN LLP
A Limited Liability Partnership
ANDREW M. GROVE (*pro hac vice*)
EMILY J. ZELENOCK (*pro hac vice*)
38500 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304-5048
Telephone:     248-566-8300
Facsimile:      248-566-8315
Email:             jgrove@honigman.com
                      ezelenock@honigman.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NATHANIEL BRUNO (Cal. Bar No. 228118)
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-9100
Facsimile:      415-434-3947
Email:             nbruno@sheppardmullin.com

Attorneys for Plaintiff
PROVO CRAFT AND NOVELTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PROVO CRAFT AND NOVELTY, INC., a Utah corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CRAFT EDGE INC., a California corporation; and BRANDON KURODA, an individual,<br><br>  Defendants. | Civil Action No. 4:11-cv-00297-CW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)]<br><br>The Honorable Claudia Wilken<br>United States District Judge |

-2-

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Provo Craft and Novelty, Inc. hereby notifies this Court that it voluntarily dismisses, with prejudice, all claims against Defendants Craft Edge Inc. and Brandon Kuroda, with each party to bear its own costs and fees.

Respectfully submitted,

Dated: June 6, 2011                           By: */s/ Nathaniel Bruno*

        Sheppard Mullin Richter & Hampton LLP
           Nathaniel Bruno (Cal. Bar No. 228118)

        Honigman Miller Schwartz and Cohn LLP
           Andrew M. Grove (*pro hac vice*)
           Emily J. Zelenock (*pro hac vice*)

        Attorneys for Plaintiff
        PROVO CRAFT AND NOVELTY, INC.



IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA